IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| In the Matter of the Search of: | MJ 20-24-BU-KLD |
| 2006 Cadillac Escalade, VIN 1GYEK63N86R122386 and 2000 Chevrolet Blazer, VIN 1GNCT18W9YK230128. | ORDER |

The warrant in the above-entitled matter having been executed and returned - together with a copy of the certified inventory of the property seized - to the undersigned, the Clerk of Court is directed to file the same.

IT IS SO ORDERED.

DATED this 1st day of September, 2021.

_____
Kathleen L. DeSoto
United States Magistrate Judge

1